IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE KELSAY,<br><br>          Plaintiff,<br><br>vs.<br><br>MATT ERNST, individually and in his official capacity; et. al.;<br><br>          Defendants. | **4:15CV3077**<br><br>**ORDER** |

Plaintiff has filed a motion to stay, indicating she will be filing a writ of certiorari for review by the United States Supreme Court. (Filing No. 82). Plaintiff requests leave to file a brief in support of that motion. Defense counsel will be afforded the right to respond.

Accordingly,

IT IS ORDERED that Plaintiff's brief in support of her motion to stay, (Filing No. 82), shall be filed on or before September 27, 2019. Response and reply briefing shall be filed in accordance with the deadlines set by this court's local rules.

September 20, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge