IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE KELSAY,<br><br>     Plaintiff,<br><br>vs.<br><br>MATT ERNST,<br><br>     Defendant. | 4:15-CV-3077<br><br>JUDGMENT |

  Pursuant to the Court's memorandum and order of July 13, 2016 (filing 28), memorandum and order of March 24, 2017 (filing 61), memorandum and order of May 19, 2017 (filing 63), and the accompanying memorandum and order, the plaintiff's complaint is dismissed.

  Dated this 9th day of December, 2020.

BY THE COURT:<br><br>
_____<br>
John M. Gerrard<br>
Chief United States District Judge